5, 1909.) Action by John Morgan, an infant, by Mary Morgan, his guardian ad litem, against the Long Island Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.